UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X   :
                                                                :   Case no. 12-cv-9456 (JSR)
In re Silvercorp Metals, Inc. Securities Litigation             :
                                                                :   CLASS ACTION
                                                                :
                                                                :   ECF Case
------------------------------------------------------------X   :

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Dale Hachiya and Charles A. Burnes, Jr. ("Co-Lead Plaintiffs"), by and through their attorneys Pomerantz LLP, individually and on behalf of all others similarly situated, will and hereby do move this Court on a date and at such time as may be designated by the Honorable Jed S. Rakoff, Courtroom 14B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312 for an order: (i) granting Preliminary Approval of the Proposed Settlement (the "Settlement"); (ii) granting conditional certification of the Settlement Class; (iii) granting approval of the Notice to the Settlement Class; and (iv) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Co-Lead Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

This motion is based on the accompanying Memorandum of Law and the Stipulation of Settlement (the "Stipulation"), both filed simultaneously herewith, the exhibits thereto, the pleadings and records on file in this action, and other such matters and argument as the Court

may consider at the hearing on this motion. The Settling Defendants, as defined in the Stipulation, do not oppose this motion.

Dated: October 23, 2014                                   Respectfully submitted,

**POMERANTZ LLP**

/s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo

Jeremy A. Lieberman
600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665

*Lead Counsel and [Proposed] Class Counsel*

Laurence M. Rosen
Jonathan Horne
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

*Other plaintiffs' counsel*