UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X :
: Case no. 12-cv-9456 (JSR)
:
IN RE SILVERCORP METALS, INC. : CLASS ACTION
SECURITIES LITIGATION :
: ECF Case
:
------------------------------------------------------------X

**UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND
CERTIFICATION OF SETTLEMENT CLASS**

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Dale Hachiya and Charles A. Burnes, Jr. ("Co-Lead Plaintiffs"), by and through their attorneys Pomerantz LLP, individually and on behalf of all others similarly situated, will and hereby do move this Court on February 9, 2015 at 4:00 p.m., the date and time previously set by the Honorable Jed S. Rakoff, Courtroom 14B, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312 for an order: (i) granting final approval of the Proposed Settlement (the "Settlement"); (ii) granting approval of the Plan of Allocation (the "Plan of Allocation"), and (iii) certifying the Settlement Class.

This motion is based on the accompanying Memorandum of Law, the Declaration of Matthew L. Tuccillo, the Affidavit of Michael Rosenbaum, the Declaration of Dale Hachiya, and the Declaration of Charles A. Burnes, Jr., all filed simultaneously herewith, and the pleadings and records on file in this action, including the Stipulation of Settlement (the "Stipulation") and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion. The Settling Defendants, as defined in the Stipulation, do not oppose this motion.

Dated: January 12, 2015

        Respectfully submitted,

        **POMERANTZ LLP**

        /s/ *Matthew L. Tuccillo*
        Matthew L. Tuccillo
        Jeremy A. Lieberman
        600 Third Avenue
        New York, NY 10016
        Tel: (212) 661-1100
        Fax: (212) 661-8665

        *Lead Counsel and [Proposed] Class Counsel*

Laurence M. Rosen
Jonathan Horne
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

*Other plaintiffs' counsel*

## **CERTIFICATE OF SERVICE**

I hereby declare on January 12, 2015 that the foregoing document was filed with the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

**/s/ Matthew L. Tuccillo**