**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SILVERCORP METALS, INC. SECURITIES LITIGATION | Case No. 12-cv-9456 (JSR)<br>**CLASS ACTION** |

**CLASS PLAINTIFFS' MOTION FOR AN ORDER FOR DISTRIBUTION OF THE NET SETTLEMENT FUND**

Pursuant to the Court's Final Judgment and Order of Dismissal dated February 13, 2015 ("Final Order"), and the Settlement Stipulation,[1] Lead Plaintiffs Charles A. Burnes and Dale Hachiya (together, "Class Plaintiffs") hereby move for an order:

(i) approving the administrative determinations of the claims administrator, Berdon Claims Administration LLP ("Berdon" or "Claims Administrator"), accepting and rejecting claims submitted herein;

(ii) ordering that no claim received after November 30, 2015 may be accepted for any reason whatsoever;

(iii) authorizing a final payment of $132,898.48 out of the remaining Settlement Fund (totaling $11,864,286.11 after deductions for prior payments to Berdon; payment of Lead

[1] Unless otherwise indicated, all initially capitalized terms used herein shall have the meanings ascribed to them in the October 23, 2014 Stipulation and Agreement of Settlement (ECF No. 58) and the November 12, 2014 Order of Preliminary Approval (ECF No. 63).

Plaintiffs' compensatory awards; and payment of 50% of Plaintiffs' counsel's prior-awarded attorney's fees and expenses) to Berdon for its remaining fees and expenses incurred in connection with services performed in giving Class Notice, preparing tax returns for the Net Settlement Fund, processing Proofs of Claim, and administering and distributing the Settlement Fund, and which includes the estimated future cost of mailing checks and storage;

(iv) authorizing distribution of the Net Settlement Fund (the Settlement Fund less the payment now of the remaining 50% of Plaintiffs' counsel's prior-awarded attorney's fees and expenses and, if approved, the additional payment to Berdon requested herein);

(v) authorizing the distribution, no earlier than six (6) months from the date of the order approving initial distribution, of any unclaimed, residual balance in the Net Settlement Fund to all Claimants who have cashed their checks;

(vi) authorizing that thereafter, if any sums remain unclaimed and the balance is not sufficiently large enough to warrant further distribution, the balance be paid to the New York City Legal Aid Society;

(vii) ordering that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Court's order; and

(viii) granting such other and further relief as this Court deems appropriate.

In support of this motion, Class Plaintiffs submit herewith the Memorandum of Law in Support of Class Plaintiffs' Motion for an Order for Distribution of the Net Settlement Fund and the Affidavit of Michael Rosenbaum in Support of Plaintiffs' Motion for an Order of Distribution. Class Plaintiffs also rely on the Settlement Stipulation and all other pleadings, orders, and matters of record.

Dated: November 24, 2015

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Marc I. Gross*

Marc I. Gross
Jeremy A. Lieberman
Matthew Tuccillo
Tamar A. Weinrib
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Lead Counsel and Class Counsel*